## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### MMM CHAPTER 13 PLAN (Individual Adjustment of Debts)

__XX__ PLAN (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Christopher & Judy Ann David          CASE NO. 15-17414-BKC-JKO

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $458.33 for months 1 to 6
    B.    $729.14 for months 7 to 60; in order to pay the following creditors:

__Administrative__: Total Fee $3650.00  Total Paid $1150.00
        Attorney's Fee - $3,650.00 ($3,500.00 plus $150.00 costs)

        Balance Due  $2,500.00 payable $416.67/mo  (Mos. 1 to 6)

__Secured Creditors__: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0 | 0 | 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507] - NONE
IRS: $7,000.00, payable: $129.63/mo (Mos 7 to 60)
__Unsecured Creditors__: Pay $533.23/mo. (Mos 7 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other provisions:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Christopher David_
Debtor

_/s/ Judy-Ann David_
Debtor

Dated: 5/22/15