UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                    CASE NO. 15-17414-BKC-JKO

CHRISTOPHER & JUDY-ANN DAVID          In proceedings under Chapter 13
                                                                          BROWARD DIVISION
    Debtors.
_____/

**NOTICE OF WITHDRAW OF OBJECTION TO CLAIM
10-1 OF CAVALRY SPV 1, LLC**

The Debtors give notice of the withdraw of objection to:.

| | | | |
|---|---|---|---|
| 10-1 | Cavalry Spv 1, LLC | $3,500.97 | Debtor disputes the Claim on the ground that the Statute of Limitations has expired. |

I hereby certify that a true copy of the foregoing was sent this 16th day of October to:

Susan Karder
Bass & Associates PC
(Via email: skarder@bass-associates.com

Robin Weiner, Trustee, electronically

US Trustee, electronically

    *I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

                                                *Bigge & Rodriguez*
                                               *Attorneys for Debtor*
                                               *915 Middle River Drive*
                                               *Suite 401*
                                               *Ft. Lauderdale FL 33304*
                                               *(954) 400-7322/ (954) 400-5449 Fax*

                                               *By: /S/ ROBERT J. BIGGE, JR.*
                                                 *Robert J. Bigge, Jr.*
                                                 *Florida Bar No. 906610*